ACCEPTED
04-15-00449-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
12/14/2015 2:42:22 PM
KEITH HOTTLE
CLERK

NO. 04-15-00449 -CV

IN THE COURT OF APPEALS
FOURTH JUDICIAL DISTRICT
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
12/14/2015 2:42:22 PM
KEITH E. HOTTLE
Clerk

********************

**REAGAN WILLMAN,**
Appellant

v.

**MARY LEE SPILLER,**
Appellee

********************

On Appeal From
The County Court
of Menard County, Texas

********************

**UNNOPPOSED MOTION TO EXTEND TIME
TO FILE APPELLEE'S BRIEF**

**MOSTY LAW FIRM**
Richard C. Mosty
C. Dixon Mosty
222 Sidney Baker, Suite 400
Kerrville, Texas 78028

Attorneys for Appellee,
Mary Lee Spiller

NO. 04-15-00449-CV

IN THE COURT OF APPEALS
FOURTH JUDICIAL DISTRICT
SAN ANTONIO, TEXAS

********************

**REAGAN WILLMAN,**
Appellant

v.

**MARY LEE SPILLER,**
Appellee

********************

**On Appeal From
The County Court
of Menard County, Texas**

********************

## MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF

To the Honorable Court of Appeals:

Appellee respectfully asks the Court to extend the time to file her Brief.

Appellant's Brief was filed with the Fourth Court of Appeals on November 23, 2015. The Appellee's Brief is due on December 23, 2015. Tex. R. App. P. 38.6(a); Tex. R. App. P. 4.1.(a).

Appellee requests an additional 30 days to file its Brief, extending the time until January 23, 2016. Appellee requests an extension because the time line for the briefing includes the Thanksgiving and Christmas seasons when Appellee's counsel has previously scheduled family vacation and holiday plans, in addition to the usual caseload that prevents counsel from timely submitting Appellee's Brief.

This is Appellee's first request for an extension of time.

Opposing counsel does not oppose this request.

For these reasons, Appellee asks the Court to grant an extension of time to file Appellee's Brief until January 23, 2016.

Respectfully submitted,

**MOSTY LAW FIRM**
222 Sidney Baker, Suite 400
Kerrville, Texas 78028
Telephone No. (830) 792-7711
Telefax No. (830) 792-7717 (fax)

Richard C. Mosty
State Bar No. 14594800
Email: rmosty@mostylaw.com
C. Dixon Mosty
State Bar No. 24041532
Email: cdmosty@mostylaw.com

**Attorneys for Mary Lee Spiller**

## CERTIFICATE OF SERVICE

I certify that a true copy of this motion has been served on counsel of record on _Dee, 14_____, 2015, as follows:

W. Calloway Huffaker                          Telefax No. (806) 998-5328
P.O. Box 968 - 1540 Ave. J
Tahoka, Texas 79373
Email: arlener@huffaker-law.com

Deborah S. McClure                            Telefax No. (806) 998-5328
P.O. Box 15125
Amarillo, Texas 79105
Email: deborahm@huffaker-law.com4

Mark A. Marshall                              Telefax No. (325) 597-9152
105 N. Church St.
Brady, Texas 76825-4511
Email: marshall-law@verizon.net

Tom Roberson                                  Telefax No. (325) 396-2047
P.O. Box 25
Menard, Texas 76859
Email: robersonlaw.@hotmail.com

Chris Wallendorf                              Telefax No. (830) 995-2668
722 Front Street, Suite 101
Comfort, TX 78013
Email: chrisw7@hctc.net

Richard C. Mosty
C. Dixon Mosty

4